IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HOOVER,

        Petitioner,        No. CIV-S-11-0662 GGH P

   vs.

MICHAEL MARTEL, et al.,

        Respondent.        <u>ORDER</u>

_____/

        Pursuant to the <u>Order</u>, filed on March 25, 2011, petitioner, by filing dated April 28, 2011, has submitted an in forma pauperis application sufficient to demonstrate that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

DATED: May 23, 2011        /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
hoov0662ifpg