IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. HOOVER,

    Petitioner,        No. 2:11-cv-0662 MCE GGH P

    vs.

WILLIAM KNIPP, et al.,

    Respondents.        <u>ORDER</u>

_____/

This petition for writ of habeas corpus was dismissed with prejudice by order filed on January 30, 2012, and judgment entered accordingly. Petitioner's filing, directed to a three-judge panel, filed on August 21, 2012, regarding, inter alia, a broken cooler in a vocational training class, not only does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases, but is wholly otherwise inapposite in the context of this closed case. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: September 11, 2012

                /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:009
hoov0662.158