1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MICHAEL A. HOOVER,

10    Petitioner,                    No. 2:11-cv-0662 MCE GGH P

11    vs.

12    WILLIAM KNIPP, et al.,

13    Respondents.              <u>ORDER</u>

14  _____/

15            This petition for writ of habeas corpus was dismissed with prejudice by order filed

16  on January 30, 2012,  and judgment entered accordingly.  Petitioner's filing, directed to a three-

17  judge panel, filed on August 21, 2012, regarding, inter alia, a broken cooler in a vocational

18  training class, not only does not appear to be one contemplated by the Federal Rules of Civil

19  Procedure or the Federal Rules Governing § 2254 Cases, but is wholly otherwise inapposite in

20  the context of this closed case.  Therefore, this document will be placed in the file and

21  disregarded.

22            IT IS SO ORDERED.

23  DATED: September 11, 2012

24

                            /s/ Gregory G. Hollows
25                   UNITED STATES MAGISTRATE JUDGE

26

GGH:009
hoov0662.158